JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NIKOS XENAKIS, an individual, | ) | Case No.: 2:08CV05225 AHM (VBKx) |
|---|---|---|
| Plaintiff, | ) | **ORDER OF DISMISSAL OF DEFENDANT TIME INSURANCE COMPANY WITH PREJUDICE BASED UPON JOINT STIPULATION** |
| v | ) | |
| TIME INSURANCE COMPANY dba ASSURANT HEALTH; et al., | ) | |
| Defendants. | ) | |

WHEREAS, Plaintiff Nikos Xenakis and Defendant Time Insurance Company, through their respective counsel of record, have stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action shall be ***dismissed with prejudice*** in its entirety, with each party to bear its / his own attorneys' fees and costs; and

WHEREAS, it appears to the Court that the terms of the Stipulation are proper, and upon good cause showing,

IT IS HEREBY ORDERED that this action is hereby ***dismissed with prejudice***, with each party to bear his / its own costs and attorneys' fees.

Dated: April 28, 2009

_____
The Honorable A. Howard Matz
United States District Judge

JS-6

CV05225                                  - 1 -                  [Proposed] Order of Dismissal of Time With Prejudice